

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-19-00229-CV

**TEXAS P.M.R., INC**. and John Ripley,
Appellants

v.

Robert **RIPLEY** and Mary Guzman,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23830
The Honorable Aaron Haas, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is deemed filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court